UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMARA ANN KING,

Plaintiff,

v.

STATE OF CALIFORNIA,

Defendant.

Case No. 2:25-cv-1563-DAD-CSK

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND

(Doc. Nos. 2, 4)

Plaintiff initiated this civil action by filing a complaint on June 4, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On August 26, 2025, the assigned magistrate judge screened plaintiff's form complaint and determined it to be deficient because it did not identify any basis for federal court subject matter jurisdiction and failed to present any cogent, non-frivolous claim. (Doc. No. 4.) The magistrate judge also concluded that given the nature of the deficiencies the granting of leave to amend would be futile. (*Id.* at 5–6.) Accordingly, the magistrate judge recommended that plaintiff's complaint be dismissed without leave to amend. (*Id.*) Finally, the magistrate recommended that plaintiff's application to proceed *in forma pauperis* be denied due to the frivolous nature of plaintiff's complaint. (*Id.* at 1–2.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 6.) Plaintiff has not filed any objections to those findings and recommendations, or otherwise communicated with the court, and the time in which to do so has long since passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The August 26, 2025 findings and recommendations (Doc. No. 4) are ADOPTED IN FULL;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED;
3. Plaintiff's complaint (Doc. No. 1) is DISMISSED without leave to amend; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that although the findings and recommendations were served on plaintiff at her address of record, they were returned to the court on September 17, 2025, as "undeliverable, refused, unable to forward." Thus, it also appears that plaintiffs have failed to keep the court apprised of their current address as required by the Local Rules of this court.